IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMIE CURTIN,

      Plaintiff,                                                  No. 2:12-cv-2809-MCE-EFB PS

      vs.

CYNTHIA CURTIN; AMADOR COUNTY CHILD PROTECTIVE SERVICES; LORI MONI; JUDGE JUDY HARLIN; JESSE FONBUAYNA,

      Defendants.                                   FINDINGS AND RECOMMENDATIONS
_____/

      This case, in which plaintiff is proceeding pro se and in forma pauperis, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On November 21, 2012, the undersigned dismissed plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2), explained the deficiencies in the complaint, and provided plaintiff thirty days to file an amended complaint. Dckt. No. 3. The order warned that failure to file an amended complaint would result in a recommendation that this action be dismissed. *Id.* at 7.

      The deadline has now passed and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

////

////

1

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice, and that the Clerk be directed to close this case. Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: January 3, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2