IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMIE CURTIN,

        Plaintiff,                              No. 2:12-cv-2809-MCE-EFB PS

    vs.

CYNTHIA CURTIN; AMADOR COUNTY CHILD PROTECTIVE SERVICES; LORI MONI; JUDGE JUDY HARLIN; JESSE FONBUAYNA,

        Defendants.                            ORDER
_____/

        This case, in which plaintiff is proceeding pro se and in forma pauperis, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On January 22, 2013, plaintiff filed an amended complaint, objections to the court's earlier findings and recommendations, and a second application to proceed in forma pauperis. Dckt. Nos. 6-8. As a result of those filings, on January 24, 2013, the court vacated its previous recommendation that the action be dismissed for failure to prosecute, and dismissed the amended complaint pursuant to 28 U.S.C. § 1915(e)(2), with leave to file a second amended complaint.[1] Dckt. No. 9. Plaintiff was granted thirty days from the date of that order to file a second amended complaint. *Id.* at 8.

---

[1] The court also denied plaintiff's second application to proceed in forma pauperis, Dckt. No. 8, as moot since plaintiff's initial application to proceed in forma pauperis was granted.

1

1    Also on January 24, 2013, plaintiff filed a duplicate copy of her amended complaint, her
2 objections to the court's earlier findings and recommendations, and her second application to
3 proceed in forma pauperis.[1]  Dckt. Nos. 11-13.  Because those filings are mere duplicates of the
4 January 22 filings, which have already been addressed by the court, the Clerk is directed to strike
5 plaintiff's January 24, 2013 filings, Dckt. Nos. 11, 12, and 13.  The Clerk is also directed to re-
6 serve a copy of the January 24, 2013 order, Dckt. No. 9, on plaintiff's new address of record.  As
7 provided in that order, plaintiff has until February 25, 2013 to file a second amended complaint.
8    SO ORDERED.
9 DATED:  January 28, 2013.

           EDMUND F. BRENNAN
           UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff also filed a notice of change of address.  Dckt. No. 10.

2