IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMIE CURTIN,

        Plaintiff,

        v.

CYNTHIA CURTIN, AMADOR COUNTY CHILD PROTECTIVE SERVICES, LORI MONI, JUDGE JUDY HARLIN, and JESSE FONBUAYNA,

        Defendants.

No. 2:12-cv-02809-MCE-EFB PS

ORDER

On March 28, 2013, the Magistrate Judge filed findings and recommendations herein (ECF No. 19) which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1.     The proposed Findings and Recommendations (ECF No. 19) filed March 28, 2013, are ADOPTED IN FULL; and

1

/ / /

2. Plaintiff's Motion for a Temporary Restraining Order (ECF No. 18) is DENIED.

Date: April 30, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT